Argued November 29, affirmed November 29, 1971

## STATE OF OREGON, *Respondent, v.* RONNIE LOUIS CRAWFORD (No. C-59771), *Appellant.*

490 P2d 1286

*William G. Whitney,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.